1  ROGER L. MEREDITH, ESQ. # 83803
2  ANGELA T. MITCHELL, ESQ. #241188
   JAMES C. WARD, ESQ. #244674
3  LAW OFFICES OF ROGER L. MEREDITH
   220 Montgomery Street, Suite 496
4  San Francisco, California 94104
   Telephone: (415) 616-5959
5  Facsimile: (415) 788-3234

6
   Attorney for Plaintiff,
7  CHARLES LEE

8

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13  CHARLES LEE                          )  Case No.: C-13-00675-RS
                                         )
14                   Plaintiff,          )
                                         )  Civil Rights-ADA
15  vs.                                  )
                                         )  STIPULATION OF DISMISSAL AND
16  WAREHOUSE CONCEPTS dba FOOD          )  [~~PROPOSED~~] ORDER THEREON
17  SOURCE improperly sued as RALEY'S a  )
    California Corporation dba FOOD SOURCE. )
18                                       )
                                         )
19                   Defendant.          )
                                         )

20

21      The parties, by and through their respective counsel, stipulate to dismissal of this action

22  in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the

23  General Release of All Claims ("Agreement") herein, each party is to bear its own costs and

24  attorney's fees.

25

26      Therefore, IT IS HEREBY STIPULATED by and between parties to this action through

27  their designated counsel that the above-caption action be and hereby is dismissed with prejudice

28  pursuant to Federal Rules of Civil Procedure Section 41(a)(1).

                                            1
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON            No C-13-00675-RS

    This stipulation may be executed in counterparts, all of which together shall constitute one original document.

DATED: January 28, 2014    ROGER L. MEREDITH, ESQ.
*The Law Offices of Roger L. Meredith*

/ s / Roger L. Meredith
_____
By ROGER L. MEREDITH, ESQ.
Attorney for Plaintiff CHARLES LEE, an individual.

DATED: January 28, 2014    KEVIN KREUTZ
*PORTER SCOTT*

/ s / Kevin Kreutz
_____
KEVIN KREUTZ
Attorney for Defendants WAREHOUSE CONCEPTS dba FOOD SOURCE sued as RALEY'S a California Corporation dba FOOD SOURCE.

## ORDER

    IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1).

Dated: 1/29/14

_____
UNITED STATES DISTRICT JUDGE

Lee-C-DismissalStip&Order-Pldg